**BRYAN CAVE LLP**
Suzanne M. Berger
1290 Avenue of the Americas
New York, New York  10104
Phone: (212) 541-2000
Facsimile: (212) 541-4630
smberger@bryancave.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
HELENE MINIER,                                              :    Case No.13 CV 6610 (MAT)
                                                            :
                          Plaintiff,                        :
                                                            :
          - against -                                       :
                                                            :
BANK OF AMERICA, N.A.                                       :
                                                            :
                          Defendant.                        :
------------------------------------------------------------------ x

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Bank of America, N.A. by its attorneys, Bryan Cave LLP, hereby certifies pursuant to Fed. R. Civ. P. 7.1 as follows:

1.  Bank of America, N.A. is 100% owned by Bank of America Corporation.

2.  Bank of America Corporation is a publicly traded company.

Dated:  New York, New York
        January 17, 2014

                                          **BRYAN CAVE LLP**

                                          By:  /s/ Suzanne M. Berger_____
                                             Suzanne M. Berger
                                        1290 Avenue of the Americas
                                        New York, NY 10104
                                        Telephone: (212) 541-2000
                                        Facsimile: (212) 541-4630
                                        smberger@bryancave.com
                                        *Attorneys for Defendant*