```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HELENE MINIER,

                        Plaintiff(s)
                                                CIVIL CASE
             -vs-                             REFERRAL ORDER

                                               13-cv-6610
BANK OF AMERICA, N.A.,

                        Defendant(s)
_____
```

Pursuant to 28 U.S.C. §636(b) (1) (A) and (B), the following pre-trial matters are referred to the Honorable Jonathan W. Feldman, United States Magistrate Judge:

[ X ]   supervision of pre-trial discovery disputes;

[ X ]   supervision of pre-trial discovery;

[ X ]   supervision of settlement discussions;

[ X ]   issuance of all pre-trial scheduling orders and amendments thereto, pursuant to Fed. R. Civ. P. 16;

[ X ]   motions for appointment of counsel

[ X ]   all non-dispositive motions or applications including those to amend the pleadings;

[   ]   motions for injunctive relief;

[   ]   motions for judgment on the pleadings;

[   ]   summary judgment motions;

[   ]   motions to dismiss or permit maintenance of a class action;

[   ]   motions to dismiss for failure to state a claim upon which relief can be granted;

[   ]   motions to involuntarily dismiss an action.

In accordance with this Referral Order, all motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge.

The parties are encouraged to consider the provisions of 28 U.S.C. §636(c), which allow the parties to consent to disposition of the case, including a trial if necessary, by the Magistrate Judge.  The parties may obtain the necessary instructions and forms from the Chambers of the Magistrate Judge or from the Office of the Clerk.

SO ORDERED.

                                          S/ MICHAEL A. TELESCA
                                          MICHAEL A. TELESCA
                                          United States District Judge

Dated:   Rochester, New York
        January 23, 2014