**MARINO A. FERNANDEZ, JR.**
*Attorney-at-Law*
45 Exchange Boulevard, Suite 773
Rochester, NY 14614
(585) 319-5031

BY FAX
(585.613.4065)

April 29, 2014

The Honorable Michael A. Telesca
United States District Court Judge
Western District of New York
100 State Street
Rochester, NY 14614

  Re: *Minier v. Bank of America, N.A.*
     Index No. 13-CV-6610 (MAT)

Dear Judge Telesca:

  I hope all is well with Your Honor.

  I represent Plaintiff Helene Minier in this action against Bank of America in which Ms. Minier alleges the bank's wrongful acts and omissions constitute fraud and violations of federal law. There is currently pending Defendant's motion, which is due to be submitted without oral argument on May 21, 2014.

  I have been waiting for a response from Defendant to Ms. Minier's current demand in this what I believe is the final round of settlement discussions. I respectfully request, therefore, a further adjournment of the return date of the motion until June 18, 2014, with Plaintiff's opposition papers to be served and filed three weeks before then and reply papers, if any, to be served one week prior to the return date.

  I thank Your Honor for considering this request.

               Respectfully submitted,

               Marino A. Fernández, Jr.

cc: Elizabeth Goldberg, Esq.

SO ORDERED

MICHAEL A. TELESCA
United States District Judge

DATE 4/29/14